▮▮▮▮▮ Document 1-2 ▮▮▮▮▮

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STATE OF CONNECTICUT　　　2018 JAN 29 A 10: 41
　　　　　　　　　　　　　　　ss: New Haven, Connecticut
　　　　　　　　　　　　U.S. DISTRICT COURT
　　　　　　　　　　　　　NEW HAVEN, CT.
COUNTY OF NEW HAVEN

## SUPPLEMENTAL AFFIDAVIT

I, Sean Gordon, being duly sworn, do depose and say:

### I. INTRODUCTION

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests for federal felony offenses, including but not limited to controlled-substances offenses.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I have been employed by the FBI as a Special Agent since 2003.

3. I am currently assigned to the FBI's New Haven Safe Streets/Gang Task Force ("SSTF"), an FBI-sponsored task force, which is comprised of FBI agents and task force officers ("TFOs") from the New Haven Police Department ("NHPD"), the Milford Police Department ("MPD"), the West Haven Police Department ("WHPD"), and the Connecticut Department of Correction ("DOC").

4. As part of my duties, I am conducting an investigation, together with other law enforcement officers, into suspected criminal activity, including drug trafficking, by Jermayne BUTLER, a.k.a. "Main" and "Main Live" and his coconspirators (the "Violators" or "Subjects"), and others, including others yet unknown or not yet fully identified.

5. I am the co-case agent directing the investigation that is the subject of this affidavit.

███████████████████████ Document 1-2 ███████████████████

6. On or about January 28, 2018, I submitted a Master Affidavit to the Court in support of criminal complaints and applications for arrest warrants for BUTLER and several of his coconspirators, and in support of applications for several search warrants for premises associated with BUTLER and his coconspirators. My Master Affidavit is wholly incorporated herein by reference.

7. I make this Supplemental Affidavit to inform the Court that ███████████ is the individual identified as CS-1 in my Master Affidavit.

8. ███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████.

9. It is requested that this affidavit be filed under seal until further order of the Court as the investigation is continuing, and, it is my belief that, based upon the details of the investigation set forth herein, disclosure at this time could compromise the safety of cooperating sources listed herein, law enforcement authorities conducting the investigation and those who will effect the anticipated arrests and searches, and the ongoing investigation itself, by, including but limited to, causing Violators to flee or

Document 1-2

destroy evidence if they were to be alerted to the contents of this affidavit.

Sean Gordon
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 28th day of January 2018, at New Haven County, Connecticut.

/s/ Judge Joan G. Margolis
HONORABLE JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE